FRANK STIEGMANN, Respondent, v. BENJAMIN SCHNALL and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of a copy of the order, with notice of entry thereof, upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

MINNIE GUTRIDE, as Administratrix, etc., Appellant, v. GENERAL REINSURANCE CORPORATION and Another, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ. [167 Misc. 608.]

NICHOLAS CANADAY, Appellant, v. C. OLIVER WELLINGTON and Others, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

HANO PAPER CORPORATION, Respondent, v. PARSONS & WHITTEMORE, INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.; Martin, P. J., and Townley, J., dissent and vote to reverse and grant the motion.

JACK FINK and VICTOR GIOMBONI, Appellants, v. MILTON LOWENTHAL, Respondent.— Judgment and orders affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.; O'Malley and Callahan, JJ., dissent.

In the Matter of the Petition of FREDERICK WINDELER, Respondent, to Compel HERMANN EGGERS to Account as Executor of the Estate of KATIE EGGERS, Late of the County of New York, Deceased. HERMANN G. EGGERS and ANNA M. EGGERS, Appellants.— Order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

COMMERCIAL CASUALTY INSURANCE COMPANY, Respondent, v. WALTER B. KEIFFER and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Arbitration of Controversies between LASZLO KLEIN, Petitioner, Respondent, and AMERICAN PISTACHIO CORP., Appellant.—Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of JOSEPH A. REYNOLDS and GEORGE S. BISHOP, as Executors, etc., of MARTHA C. BISHOP, Deceased, etc. JOSEPH A. REYNOLDS, as Executor, etc., Appellant; EDWARD B. SMITH & Co., JAMES M. LAND, JOSEPH R. SWAN, REGINALD G. COOMBE, HENRY Y. STITES, H. Y. STITES & Co. and H. Y. STITES & Co., INC., Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

JOSEPH KATZ, on Behalf of Himself and All Other Stockholders of WILLIAM H. FLEET, INC., Similarly Situated, Appellant, v. SHEPHARD C. FLEET, WILLIAM H. T. FLEET and WILLIAM H. FLEET, INC., Respondents, Impleaded with Others, Defendants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

GEORGE THOMS, Appellant, v. PERCY ADAMSON, Respondent.—Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.